AMANDA RENEE JONES
318 GORE RD
LENA, MS 39094

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

WESTLAKE PORTFOLIO
P.O. BOX 76809
LOS ANGELES, CA 90054

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606

CAPITAL FURNITURE
1718 BAILEY AVE
JACKSON, MS 39203

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

HEIGHTS FINANCE
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MARKELL CARSON
318 GORE RD
LENA, MS 39094

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA, GA 30309