Certificate Number: 17082-MSS-DE-040837401

Bankruptcy Case Number: 26-00892



17082-MSS-DE-040837401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2026, at 12:25 o'clock PM MST, AMANDA JONES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 9, 2026                        By:      /s/Orsolya K Lazar

                                             Name:   Orsolya K Lazar

                                             Title:    Executive Director