

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                        CHAPTER 7
AMANDA RENEE JONES                          CASE NO. 26-00892-JAW

**AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE, AND U.S. TRUSTEE TO**
**FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR**
**OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY**

On *ore tenus* motion of the debtor(s) and the trustee in the above styled cause to extend the

deadlines for filing §727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt

property by the case trustee or United States Trustee and the Court, having considered the same, finds for

good cause shown that said ore tenus motion should be granted, therefore,

**IT IS ORDERED THAT**

(1)  **The time for filing §727 complaints is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and**

(2)  **The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and**

(3)  **The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the §341(a) meeting of creditors.**

**##END OF ORDER##**

APPROVED AND AGREED TO:

/s/ Jennifer A. Curry Calvillo
Counsel for Debtor(s) Signature

Jennifer A. Curry Calvillo
Counsel for Debtor(s) Printed Name

jennifer@therollinsfirm.com
email

MS Bar No. 104367

Eileen N. Shaffer, Trustee
Post Office Box 1177
Jackson, MS 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com